UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re: GandyDancer, LLC,                                      Case No.
       a New Mexico Limited Liability Company,
       Debtor.

AFFIDAVIT OF DON F. HARRIS IN SUPPORT OF MOTION TO EMPLOY
ATTORNEY AND 2016 STATEMENT OF COMPENSATION

STATE OF NEW MEXICO       )
                                           )ss.
COUNTY OF BERNALILLO      )

       I, DON F. HARRIS, being first duly sworn, depose and state:

       1.       I am over the age of eighteen (18) years and I am competent to testify to the matter set forth herein. This affidavit is meant to comply with the requirements of Fed. R. Bankr. P. 2014 and 2016.

       2.       I am of good moral and professional character and am a current member in good standing of the New Mexico Bar, and authorized to practice before the United States Bankruptcy Court for the District of New Mexico, United States District Court for the District of New Mexico.

       3.       I am an attorney in the law firm of NM Financial & Family Law, the firm which the Debtor seeks to employ as counsel by its Motion to Employ.

       4.       To the best of the my knowledge, information and belief, after making reasonable inquiry, the firm of NM Financial & Family Law, has no connections with the

Debtor, creditors of the Debtor, any other party in interest, or their respective attorneys or accountants.

5. The firm has received a retainer of $20,000.00, from the Debtor.

6. The firm of NM Financial & Family Law, its shareholders, associate attorneys, *of counsel* attorneys, and its contract attorneys do not hold any interest adverse to the debtors or the debtors' estate.

7. The firm of NM Financial & Family Law, and its shareholders and its affiliates do not hold, or represent, or have any connection with the United States Trustee or any person employed in the office of the United States Trustee.

8. The firm of NM Financial & Family Law, its shareholders, and its associates have not shared or agreed to share compensation with any other entity.

9. In general, the professional services the undersigned firms intend to provide are:

    a. To represent and to render legal advice to Debtor regarding all aspects of this bankruptcy case, including, without limitation, claims objections, adversary proceedings, plan confirmation and all hearings before the court.

    b. To prepare on behalf of Debtor necessary petitions, answers, motions, applications, orders, reports and other legal papers, including Debtor's plan of reorganization and disclosure statement;

c. To assist Debtor in taking actions required to effect reorganization under Chapter 11 of the Bankruptcy Code;

d. To perform all legal services necessary or appropriate for Debtors' general promotion of reorganization;

e. To assist, where appropriate and in accordance with other orders of this Court and non-bankruptcy tribunals, the Debtor in non-bankruptcy litigation, and

f. To perform any other legal services for Debtor as deemed appropriate.

10. The Debtor desires to employ the firm of NM Financial & Family Law, including specifically the following attorneys: Don Harris, at the hourly rate of $325.00, Dennis A. Banning or contract attorneys at the hourly rate of $275.00, $150.00 per hour for paralegal and law clerk time, and $100.00 per hour for legal assistants, plus costs, expenses and applicable taxes.

FURTHER AFFIANT SAYETH NOT.

_____
Don Harris
320 Gold Avenue SW, Suite 1401
Albuquerque, NM 87102
Phone: 505-503-1637
Email: dfh@nmfinanciallaw.com

SUBSCRIBED AND SWORN TO before me this 21st day of November, 2019 by Don F. Harris who is personally known to me.

_Jill Renee Stevenson_
NOTARY PUBLIC

OFFICIAL SEAL
Jill Renee Stevenson
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 08-16-22

My Commission Expires: Aug. 16, 2022