UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE:

GANDYDANCER, LLC
    Debtor.                                    No. 19-12669- t11

## AMENDED OBJECTION TO DEBTOR'S MOTION TO PAY EMPLOYEE WAGES

COMES NOW the United States Trustee for the District of New Mexico and pursuant to 28 U.S.C. §§586(a)(3)(D) and 586(a)(5) objects to the Debtor's motion to pay employee wages and salaries and to pay all costs and expenses incidental thereto, filed November 21, 2019 (Doc. No. 10) as follows:

    1. The Motion states that the Debtor is engaged in business. The Debtor is not engaged in business and had a receiver appointed prepetition, who has sold all the physical assets of the former business.

    2. The Motion states that the Debtor employs three full time employees, including Jamin Hutchens and James Hutchens. Jamin Hutchens and James Hutchens are principals of the Debtor and therefore insiders.

    3. This court's local rule 2015-3 requires filing a notice of insider compensation before any compensation may be paid to insiders. The Debtor has not filed a notice of insider compensation.

    4. Unless and until the notice of insider compensation is filed, the Debtor may not pay any wages or other compensation to Jamin Hutchens and James Hutchens.

        Wherefore, the U.S. Trustee objects to the Motion until the notice of

insider compensation is filed.

            Respectfully submitted,


            ILENE J. LASHINSKY
            United States Trustee

            Electronically filed on 12/3/19
            ALICE NYSTEL PAGE
            Trial Attorney
            P. O. Box 608
            Albuquerque, NM 87103
            (505) 248-6550


I hereby certify that on December 3, 2019, a true and correct copy of the foregoing pleading was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.


/s/ Alice Nystel Page
ALICE NYSTEL PAGE
Trial Attorney