# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:

**GANDYDANCER, LLC,**                               Case No. 19-12669-t11

      Debtor.

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

MOSES, DUNN, FARMER & TUTHILL, P.C. (Shay Elizabeth Meagle) hereby gives notice of her appearance on behalf herein on behalf of Marco Crane & Rigging Co. and Mardian Concrete Pumping Co., and requests that copies of all notices and pleadings be provided to her at the address below.

Respectfully submitted,

**MOSES, DUNN, FARMER & TUTHILL, P.C.**

By: */s/ Shay Elizabeth Meagle*
Shay Elizabeth Meagle
PO Box 27047
Albuquerque, NM 87125-7047
Telephone: (505) 843-7047
Email: shay@moseslaw.com

*Attorneys for Marco Crane & Rigging Co. & Mardian Concrete Pumping Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which should result in notification and service hereof to all parties of interest participating in the CM/ECF system.

**MOSES, DUNN, FARMER & TUTHILL, P.C.**

By: */s/ Shay E. Meagle*
    Shay E. Meagle